UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NEIL SAGERS AND DIANE SAGERS,<br><br>*Defendants*. | Civil Action No. 1:16-cv-00076<br><br>**ORDER** |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. Defendant Diane Sagers' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is **GRANTED**;

3. This case is transferred to the United States District Court for the District of Utah; and

4. The funds on deposit with the Court Registry Investment System, in the amount of $1,007,194.71, are to be withdrawn and disbursed to the United States District Court for the District of Utah.

   **IT IS SO ORDERED.**

   DATED this 22nd day of November, 2016

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE
